UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PIERRE JETT,

        Petitioner,         Case No. 1:17-cv-393

v.         Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   May 12, 2017              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge