UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PIERRE JETT,

       Petitioner,                    Case No. 1:17-cv-393

v.                                         Honorable Paul L. Maloney

SHANE JACKSON,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:  May 12, 2017                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge